**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02828-BNB

JASON E. WALKER,

    Plaintiff,

v.

THE STATE OF COLORADO,
THE CITY OF COLORADO SPRINGS,
THE EL PASO COUNTY SHERIFFS DEPT.,
THE COUNTY OF EL PASO (COLORADO),
SHERIFF TERRY MAKETA,
LEUITENANT [sic] BRANDT,
EX-COMMANDER HILT,
DEPUTY MOTT,
DEPUTY HORTON, and
LEUITENANT [sic] ZANI,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on five pending motions filed by Plaintiff, Jason E. Walker. This minute order disposes of four of the motions.

    The motion for leave to proceed *in forma pauperis* that Plaintiff filed on November 30, 2009, is denied as unnecessary because on November 25, 2009, Plaintiff filed a similar motion on the proper, Court-approved form. The November 25 motion remains pending before the Court. The motions that Plaintiff filed on December 3, 2009, for Court-appointed counsel and for copies of the complaint to be made by the Court and served on Defendants are denied as premature. The motion for excusable neglect that Plaintiff filed on December 18, 2009, is denied as unnecessary.

Dated:  December 21, 2009