IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02828-BNB

JASON E. WALKER,

    Plaintiff,

v.

DEPUTY HORTON,
DEPUTY MOTT,
LEUITENANT [sic] BRANDT,
LEUITENANT [sic] ZANI, and
SHERIFF T. MAKETA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on two motions filed by Plaintiff, Jason E. Walker, on February 25, 2010. The motion titled "Motion Federal Rules of Civil Procedure Rule 8(a)" is DENIED as unnecessary. The motion titled "Motion for Civil Court Appointed Counsel" is DENIED as premature.

Dated: March 5, 2010